ACCEPTED
09-16-00306-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/10/2017 12:00 PM
CAROL ANNE HARLEY
CLERK

## No. 09-16-00306-CR

In the
## Court of Appeals
For The
## Ninth District of Texas
At Beaumont

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 8:00:00 AM
CAROL ANNE HARLEY
Clerk

————◆————

## No. 09-16-00306-CR
In the 9th Court of Appeals of
Beaumont, Texas

————◆————

## DELL IVAN GODKIN
*Appellant*

V.

## THE STATE OF TEXAS
*Appellee*

————◆————

APPELLANTS SECOND MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR
REHEARING EN BANC

————◆————

TO THE HONORABLE COURT OF APPEALS;

APPELLANT DELL IVAN GODKIN, Pursuant to **Tex R. App. P.**

**10.1, 10.5, 49.7, and 49.8,** moves for an extension of time within which to file

a Motion for Rehearing En Banc. In support of its Motion, the appellant

1

submits the following:

1. Appellant was charged with the felony offense of aggravated sexual assault of a child.

2. Appellant was convicted and sentenced to life in prison on August 18, 2016.

3. Appellant's conviction was affirmed by this court on November 8, 2017.

4. I was retained on November 20, 2017 to pursue a Motion for Rehearing En Banc.

5. The Motion for Rehearing En Banc was originally due on November 23, 2017.

6. Appellant was granted one previous extension until December 8, 2017.

7. Appellant seeks a two (2) day extension until December 10, 2017.

8. Trial counsel has been set on the following case since December 1, 2017:

    a. State of Texas vs. Eddie Charles (Agg. Sexual Assault)
        i. Fort Bend County 17-DCR-75041A
    b. State of Texas vs Jeremiah Sanders (Capital Murder)
        i. Fort Bend County 17-DCR-76535
    c. State of Texas Vs. Wayne Jefferson (Sexual Assault)
        i. Fort Bend County 17-DCR-77416
    d. State of Texas vs. Daneen Jacobs (UUMV)
        i. Fort Bend County 17-DCR-79174
    e. State of Texas vs Kareem Gordan (Burglary Habitation)
        i. Fort Bend County 08-DCR-50659
    f. State of Texas vs Adrian Savoy (POM)
        i. Fort Bend County 17-CCR-193268
    g. State of Texas vs. Darleccia Johnson (Murder)
        i. Fort Bend County 16-DCR-72986
    h. State of Texas vs Erica Barkdoll (PCS)
        i. Brazoria County 81241-CR
    i. State of Texas vs Tyrone Bletcher (Aggravated Robbery)
        i. Fort Bend County 17-DCR79546

j. State of Texas vs Undre Bradford (PCS)
   i. Liberty County CR32644
k. State of Texas vs Luis Vargas (Agg. Assault)
   i. Fort Bend County 17-DCR-80070
l. State of Texas vs Jason Hay (Evading)
   i. Brazoria County 82588-CR
m. State of Texas vs Johnny Hogan (MTR)
   i. Brazoria County 82622-CR
n. State of Texas vs Maurice White (Proh. Item Correctional Facility)
   i. Brazoria County 80765-CR

9. This is Appellant's second request for an extension.


Appellant's Motion is not for purpose of delay, but so justice may be

done.

WHEREFORE, Appellant prays this court will grant the requested

extension until December 10, 2017.

/s/ Shawn McDonald
**SHAWN M. MCDONALD**
Attorney for Appellant
77 Sugar Creek Center Blvd. Ste. 230
Sugar Land, TX 77478
Smcdonald2421@gmail.com Telephone:
(713) 228-2523
Fax: (281) 809-7133
State Bar Number: 24029715

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to **Tex. R. App. P. 9.5** , this certifies that on December 10, 2017,

a copy of the foregoing was efiled, with service sent to: Bill.Delmore@mctx.org


/s/ Shawn McDonald

3